UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dennis M. Cavanaugh |
| | | Crim. No. 10-284 |
| v. | : | |
| | | CONTINUANCE ORDER |
| JAMES McKENZIE | : | |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Jonathan W. Romankow, Assistant U.S. Attorney), and defendant James McKenzie (by Candace Hom, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

i. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

ii. Defendant has consented to the aforementioned continuance;

iii. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the

defendant in a speedy trial.

WHEREFORE, on this __19th__ day of August, 2010,

IT IS ORDERED that defense motions shall be filed by __OCT. 25__, 2010, the government's reply shall by filed by __Nov. 14__, 2010 ~~the defense surreply, if any, shall be filed by _____, 2010~~, the argument of the motions is scheduled for __Nov. 29__, 2010, and the trial is scheduled for __DEC. 6__, 2010; and

IT IS FURTHER ORDERED that the period from August 11, 2010, through __Oct. 11__, 2010, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

HON. DENNIS M. CAVANAUGH
United States District Judge

Form and entry
consented to:

JONATHAN ROMANKOW
Assistant U.S. Attorney

CANDACE HOM, Esq.
Counsel for Defendant James McKenzie