UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dennis M. Cavanaugh |
| | | Crim. No. 10-284 |
| v. | : | |
| | | CONTINUANCE ORDER |
| JAMES McKENZIE | : | |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Jonathan W. Romankow, Assistant U.S. Attorney), and defendant James McKenzie (by Candace Hom, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and three continuances having previously been granted, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

    i. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

    ii. Defendant has consented to the aforementioned continuance;

    iii. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the

continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, IT IS on this 10 day of February, 2011,

ORDERED that, the proceedings in this matter are continued for a period of 60 days from February 8, 2011, to and through April 8, 2011; and it is further

ORDERED that the period from February 8, 2011, to and through April 8, 2011 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. DENNIS M. CAVANAUGH
United States District Judge

Form and entry consented to:

JONATHAN ROMANKOW
Assistant U.S. Attorney

CANDACE HOM, Esq.
Counsel for Defendant James McKenzie